**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 37  
**IP Address:** 74.66.140.216  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4C753304EC5089B76152213F0A0627BDF2D225FB | Vixen | 10/20/2018 21:35:26 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 2 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 07/21/2018 18:28:59 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 3 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | Tushy | 01/03/2018 23:19:43 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 4 | 24B61842EF595560DBEB43A7619CFD26C9F21E00 | Tushy | 02/26/2018 01:41:45 | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 5 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/27/2018 20:06:23 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 6 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 12/18/2017 17:37:32 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 7 | 381BDB453192B9B75233C9EE50A69C3D78761F29 | Tushy | 11/28/2018 07:04:00 | 11/27/2018 | 12/31/2018 | 17271449763 |
| 8 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | Vixen | 11/10/2018 21:01:42 | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 9 | 42FA8D55C449F1B251CBDCA779AF8B82B924AD80 | Tushy | 11/22/2018 20:25:02 | 11/21/2018 | 12/31/2018 | 17271449573 |
| 10 | 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4 | Vixen | 11/22/2018 20:24:51 | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 11 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/27/2017 01:11:20 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 12 | 5EB444FE3B29AA0C56A35B327C608B115BA9DB1B | Tushy | 01/03/2018 23:03:01 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 13 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 04/18/2018 20:40:33 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 14 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/25/2018 17:06:18 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 15 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/10/2018 15:00:57 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 16 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | Tushy | 06/03/2018 22:03:19 | 05/21/2018 | 07/14/2018 | PA0002131769 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | 85D5FBF147E9471F935771CE52471E3036270454 | Tushy | 06/03/2018 22:26:53 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 18 | 8C548813496F7D88AB1B68337306DAD8DA52DF4E | Tushy | 11/18/2018 17:50:42 | 11/17/2018 | 12/09/2018 | 17210231163 |
| 19 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/04/2018 16:38:35 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 20 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 10/27/2018 18:27:28 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 21 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 09/30/2018 18:37:46 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 22 | A86E36BB7686CC74980BDF6A7CE08543A16711B9 | Vixen | 06/03/2018 22:22:57 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 23 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 09/30/2018 18:41:41 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 24 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/03/2018 23:29:04 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 25 | BF971676A8A61859C0E51E71C17FE00327F32258 | Vixen | 08/30/2018 17:08:00 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 26 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 04/18/2018 20:40:26 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 27 | CE189DD0C175399C60533ADD6FEAF1742ACFD1A3 | Vixen | 08/30/2018 17:30:19 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 28 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 05/17/2018 15:29:19 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 29 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | Tushy | 07/19/2018 17:44:22 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 30 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/28/2017 16:48:16 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 31 | E8D6C0632B9EE71CBED984B543988EED5685BFDC | Tushy | 05/05/2018 19:22:55 | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 32 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | Vixen | 06/17/2018 15:17:16 | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 33 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 01/27/2018 20:18:04 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 34 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 09/10/2018 17:33:51 | 06/23/2018 | 07/26/2018 | PA0002112155 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F2B13BFE2605160C0D1BFD119DE669735376D369 | Vixen | 12/15/2017 21:01:05 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 36 | F79CA6871D66025BBA856DFD84713582E153FAFA | Vixen | 09/10/2018 17:29:22 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 37 | F94D293EABA667A2333C86C17E642EF4A656578E | Vixen | 12/15/2017 20:25:42 | 11/10/2017 | 12/04/2017 | PA0002097978 |