IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.                                    Case No. 1:19-cv-00737-LAP

JOHN DOE, subscriber assigned IP        Judge Loretta A. Preska
address 74.66.140.216,

        Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 74.66.140.216. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 15, 2019                      Respectfully submitted,

                                                    By:   /s/ *Jacqueline M. James*
                                                    Jacqueline M. James, Esq. (1845)
                                                    The James Law Firm, PLLC
                                                    445 Hamilton Avenue, Suite 1102
                                                    White Plains, New York 10601
                                                    T:  914-358-6423
                                                    F:  914-358-6424
                                                    E-mail: jjames@jacquelinejameslaw.com
                                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                    By:  /s/ *Jacqueline M. James*
                                                                       Jacqueline M. James